## ATTACHMENT A: STIPULATED FACTS
### United States v. Heather Marie Sinnott

*The parties hereby stipulate and agree that if this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt. They agree that these are not all of the facts that would be proved if this case proceeded to trial.*

Between at least in or about December 2010 and in or about April 2017, in the District of Maryland, the defendant, **HEATHER MARIE SINNOTT** a/k/a "Heather Marie Brady" (**"SINNOTT"**), devised a scheme and artifice to defraud victims, and to obtain money from victims, by means of materially false and fraudulent pretenses, representations, and promises, with intent to defraud and knowledge of the scheme's fraudulent nature ("the scheme to defraud").

Company A was a bookkeeping and payroll services company located in Frederick, Maryland. Company B was a restaurant located in Dickerson, Maryland. Company C was a restaurant with locations in Frederick and Ijamsville, Maryland. Company D was a retail company located in Frederick, Maryland. Company B, Company C, and Company D (collectively, the "Client Companies") were clients of Company A. **SINNOTT** was an employee of Company A from in or about June 2008 until in or about April 2017. As part of her duties as an employee of Company A, **SINNOTT** provided bookkeeping services to the Client Companies. **SINNOTT** also had the authority to make certain payments to vendors on behalf of the Client Companies.

**SINNOTT** maintained the following personal accounts at Wells Fargo bank, each of which were maintained in the State of Maryland: (1) Savings account ending in x5987 (the "Sinnott x5987 account"); (2) Checking account ending in x5296 (the "Sinnott x5296 account"); and (3) Money Market Savings account ending in x9131 (the "Sinnott x9131 account"). In addition, **SINNOTT** maintained the following credit card accounts at American Express, both of which were maintained in the State of Maryland: (1) Credit card account ending in x1006 ("Sinnott x1006 credit card"); and (2) Credit card account ending in x2004 ("Sinnott x2004 credit card").

Company B maintained an account ending in x8035 at PNC Bank (the "Company B Account"). Company C maintained an account ending in x4992 at BB&T Bank (the "Company C Account"). Company D maintained an account ending in x0120 at BB&T Bank (the "Company D Account").

For the purpose of executing the scheme to defraud, **SINNOTT** deposited unauthorized checks from the Company B Account and into the Sinnott x9131 account, Sinnott x5987 account, and the Sinnott x5296 account. In addition, **SINNOTT** mailed unauthorized checks from the Company B Account and the Company C Account to American Express for payment toward the Sinnott x2004 credit card balance and the Sinnott x1006 credit card balance. Further, **SINNOTT** deposited unauthorized checks from the Company D Account into the Sinnott x5296 account and the Sinnott x5987 account. Between in or about December 2010 and in or about April 2017, **SINNOTT** fraudulently received at least $533,341.41 from the Client Companies from approximately 288 separate fraudulent transactions.

As part of the scheme to defraud, **SINNOTT** knowingly caused the following transmissions of wire communications in interstate commerce, among others:

| APPROXIMATE DATE | WIRE TRANSMISSION AND AMOUNT |
|---|---|
| January 22, 2016 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of a $1,690.13 check from the Company B Account into the Sinnott x5987 account in Maryland. |
| April 11, 2016 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of a $2,560.33 check from the Company B Account into the Sinnott x5987 account in Maryland. |
| May 17, 2016 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of a $3,219.00 check from the Company B Account into the Sinnott x5296 account in Maryland. |
| July 19, 2016 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of a $2,996.13 check from the Company D Account into the Sinnott x5987 account in Maryland. |
| September 2, 2016 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of $2,796.58 check from the Company D Account into the Sinnott x5987 account in Maryland. |
| September 8, 2016 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of a $2,976.15 check from the Company B Account into the Sinnott x5296 account in Maryland. |
| November 23, 2016 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of a $2,707.62 check from the Company D Account into the Sinnott x5296 account in Maryland. |

| APPROXIMATE DATE | WIRE TRANSMISSION AND AMOUNT |
|---|---|
| February 21, 2017 | Wire communication from Maryland to a server outside of Maryland caused by **SINNOTT**'s deposit of $3,169.81 check from the Company D Account into the Sinnott x5296 account in Maryland. |

In addition, as part of the scheme to defraud, **SINNOTT** knowingly caused to be delivered by mail and by private and commercial interstate carrier the following matters, in the form of envelopes containing the following checks, each mailed to American Express:

| APPROXIMATE DATE | CHECK |
|---|---|
| December 22, 2015 | Check number 14485 from Company B in the amount of $3,904.51 |
| February 5, 2016 | Check number 4605 from Company C in the amount of $2,870.93 |
| May 7, 2016 | Check number 14730 from Company B in the amount of $2,638.25 |
| May 26, 2016 | Check number 4768 from Company C in the amount of $3,822.15 |
| November 23, 2016 | Check number 15237 from Company B in the amount of $3,509.54 |
| November 23, 2016 | Check number 5099 from Company C in the amount of $3,509.54 |
| March 23, 2017 | Check number 15453 from Company B in the amount of $3,518.13 |
| March 23, 2017 | Check number 5407 from Company C in the amount of $3,518.13 |

\* \* \*

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

6/21/18
Date

*(signature)*
Heather Marie Sinnott

I am the attorney for Heather Marie Sinnott. I have carefully reviewed the statement of facts with her.

6/21/18
Date

*(signature)*
Joseph Murtha, Esq.